**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

VIRGINIA MCKEE NOEL f/k/a                                                          PLAINTIFF
VIRGINIA DECELL MCKEE

v.                                              No. 3:10CV00107 JLH

LIBERTY BANK OF ARKANSAS                                                          DEFENDANT

**ORDER**

On July 20, 2011, the Court conducted a hearing on the pending motions.  At the conclusion

of the hearing, the Court ordered that Virginia McKee Noel and Liberty Bank of Arkansas complete

the discovery that they had already agreed should be completed, after which Liberty Bank of

Arkansas will file a motion for summary judgment, to which Virginia McKee Noel may reply

pursuant to the Federal Rules of Civil Procedure and the local rules governing motions for summary

judgment.  The Court directed that the lawyers for Virginia McKee Noel and Liberty Bank of

Arkansas consult regarding these matters and submit to the Court an agreed schedule pursuant to

which the discovery would be concluded and the issues briefed.  All other discovery is stayed

pending resolution of the motion for summary judgment.  The scheduling order previously entered

is hereby set aside, and this case is removed from the trial docket.  All pending motions are denied

as moot, without prejudice to the right of the parties to renew those motions at an appropriate time

should the motion for summary judgment be denied.

IT IS SO ORDERED this 25th day of July, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE