# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

VIRGINIA MCKEE NOEL                                                         PLAINTIFF

v.                                      No. 3:10CV00107 JLH

LIBERTY BANK OF ARKANSAS                                    DEFENDANT

## ORDER

At the conclusion of the hearing on March 16, 2012, the Court ordered Stephens, Inc., to produce a number of documents but did not set a deadline for the production. The Court therefore orders that Stephens, Inc., produce all of the documents that it has been ordered to produce *on or before April 13, 2012*.

IT IS SO ORDERED this 3rd day of April, 2012.

                                                       */s/ J. Leon Holmes*
                                                       J. LEON HOLMES
                                                       UNITED STATES DISTRICT JUDGE