# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

VIRGINIA MCKEE NOEL                                                                                 PLAINTIFF

v.                                           No. 3:10CV00107 JLH

LIBERTY BANK OF ARKANSAS                                                              DEFENDANT

## ORDER

At the conclusion of the hearing on March 16, 2012, the Court ordered Stephens, Inc., to produce a number of documents but did not set a deadline for the production. The Court therefore orders that Stephens, Inc., produce all of the documents that it has been ordered to produce ***on or before April 13, 2012***.

IT IS SO ORDERED this 3rd day of April, 2012.

*J. Leon Holmes*

J. LEON HOLMES
UNITED STATES DISTRICT JUDGE