**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

VIRGINIA MCKEE NOEL                                                                                      PLAINTIFF

v.                                              No. 3:10CV00107 JLH

LIBERTY BANK OF ARKANSAS                                                                         DEFENDANT

## ORDER

The defendant has filed a motion to dismiss the amended complaint. So that the motion can be considered at the hearing scheduled for November 19, 2012, the plaintiffs must file their response by noon on November 16, 2012.

IT IS SO ORDERED this 8th day of November, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE