IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

VIRGINIA MCKEE NOEL,                                                               PLAINTIFFS
f/k/a Virginia DeCell McKee; and
CURT NOEL

v.                                    No. 3:10CV00107 JLH

LIBERTY BANK OF ARKANSAS                                                           DEFENDANT

## JUDGMENT

Pursuant to the Opinion and Order entered separately today, this action is dismissed without prejudice.

IT IS SO ORDERED this 27th day of November, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE